1  CALLARD ELIZABETH COWDERY (SBN# 329697)
   African Advocacy Network
2  3106 Folsom St
   San Francisco, CA 94110
3  Telephone: (415) 889-9573
4  Email: ccowdery@aansf.org

5

6  **UNITED STATES DISTRICT COURT**
   **EASTERN DISTRICT OF CALIFORNIA**

7

**JOHN DOE**,                                    Case No.: 1:25−CV−00680−SKO
8
            Petitioner,
9
                                                 ORDER GRANTING PETITIONER'S
10 vs.                                           REQUEST TO PLACE FILINGS UNDER
                                                 SEAL
11 TONYA ANDREWS, Facility Administrator of
   Golden State Annex;
12
   POLLY KAISER, Director for the San
13 Francisco ICE Field Office;

14 KRISTI NOEM, Secretary of The Department
   of Homeland Security;
15
   TODD LYONS, Acting Director for U.S.
16 Immigration and Customs Enforcement; and

17
   PAMELA BONDI, Attorney General of the
18 United States,

19          Respondents, acting in their
   official capacity.
20

21

22

23

24

25

26

27

28 CASE NO.: 1:25−CV−00680−SKO  ORDER GRANTING PETITIONER'S REQUEST TO PLACE FILINGS
   UNDER SEAL - 1

Upon consideration of Petitioner's Request to Place Filings Under Seal, and finding compelling reasons justify allowing Petitioner to seal filings that would reveal his identity or the underlying facts and claim to fear-based protection, the motion is **GRANTED**, and **IT IS FURTHER ORDERED** that:

a) Petitioner shall e-mail future filings that are covered by this order due to their disclosure of Petitioner's identity or the underlying facts and claim to fear-based protection to ApprovedSealed@caed.uscourts.gov for filing under seal in compliance with Local Rule 141; and

b) Respondents shall continue to be bound by 8 C.F.R. § 208.6(b) and shall file future filings covered by this order under seal in compliance with Local Rule 141.

IT IS SO ORDERED.

Dated:  **June 10, 2025**          /s/ *Sheila K. Oberto*
                                    UNITED STATES MAGISTRATE JUDGE

CASE NO.: 1:25−CV−00680−SKO  ORDER GRANTING PETITIONER'S REQUEST TO PLACE FILINGS UNDER SEAL - 2