UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE,<br><br>  Petitioner,<br><br>  v.<br><br>TONYA ANDREWS, FACILITY ADMINISTRATOR AT GOLDEN STATE ANNEX, et al.,<br><br>  Respondents. | No. 1:25-cv-00680-KES-SKO (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING RESPONDENT'S MOTION TO DISMISS, GRANTING PETITION FOR WRIT OF HABEAS CORPUS, DIRECTING RESPONDENTS TO PROVIDE PETITIONER A BOND HEARING BEFORE AN IMMIGRATION JUDGE, AND DIRECTING CLERK OF COURT TO ENTER JUDGMENT AND CLOSE CASE<br><br>Doc. 14 |

Petitioner John Doe is an immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner challenges his continued detention under the Due Process Clause of the Fifth Amendment. *See* Doc. 1. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 18, 2025, the assigned magistrate judge issued findings and recommendations to deny respondent's motion to dismiss and grant the petition for writ of habeas corpus on its merits. Docs. 10, 14. Those findings and recommendations were served upon all parties and contained notice that any objections thereto were to be filed within twenty-one (21) days after

1

service. On August 20, 2025, petitioner filed a notice of non-opposition to the findings and recommendations. Doc. 15. Respondent has not filed objections, and the deadline to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1), the Court has conducted a de novo review of the case. Having carefully reviewed the entire file, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on August 18, 2025, Doc. 14, are adopted in full;
2. Respondents' motion to dismiss, Doc. 10, is denied;
3. The petition for writ of habeas corpus is granted;
4. Within fourteen (14) days of this order, respondents are directed to provide petitioner a bond hearing before an immigration judge where the government must demonstrate by clear and convincing evidence that petitioner is not a flight risk nor danger to the community, or in the alternative, release petitioner on appropriate conditions of supervision;
5. The Clerk of Court is directed to enter judgment and close the case; and
6. In the event a notice of appeal is filed, no certificate of appealability is required.

IT IS SO ORDERED.

Dated:  October 12, 2025

UNITED STATES DISTRICT JUDGE

2